# Court of Appeals
# of the State of Georgia

ATLANTA,  January 30, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1108. THURSDAY HUTCHINSON v. CENTRAL UNITED METHODIST CHURCH.**

Thursday Hutchinson filed a civil action against Central United Methodist Church, which filed a motion to dismiss. On June 13, 2018, the trial court dismissed the complaint, and Hutchinson filed what appears to be a notice of appeal on July 16, 2018. We lack jurisdiction.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Because Hutchinson filed the notice of appeal 33 days after entry of the trial court's order, we lack jurisdiction to consider the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/30/2020

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*